IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID AGUILAR, SR. <br> as next friend of D.A., a minor, <br><br> Plaintiff, <br><br> v. <br><br> WELLS ENTERPRISES, INC. <br> doing business as <br> Blue Ribbon Classics, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | NO. 1:24-CV-38-DAE |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND DISMISSING CASE WITHOUT PREJUDICE

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 30) submitted by United States Magistrate Judge Mark Lane.  After reviewing the Report, the Court **ADOPTS** Judge Lane's recommendations and **DISMISSES** this case **WITHOUT PREJUDICE**.

Judge Lane's Report considers Plaintiff's Motion to Withdraw Counsel (Dkt. # 20), which notes that although Plaintiff did not oppose the withdraw, Judge Lane set a hearing to provide Plaintiff with information on proceeding in this case without counsel given that the case concerned representation of a minor child. (Dkt. # 30.)  Judge Lane set a hearing for July 22, 2025, warning Plaintiff that if he failed to appear at the hearing he would risk

dismissal of the case for failure to prosecute. (Id.) Plaintiff's counsel detailed in an affidavit the measures he took to inform Plaintiff of the hearing. (Dkt. # 28.) Judge Lane determined that the affidavit demonstrated that Plaintiff's counsel made an extensive effort to inform Plaintiff of the hearing and consequences of not appearing at the hearing. (Dkt. # 30.) Plaintiff nevertheless failed to appear at the scheduled hearing, and the Magistrate Judge concluded that Plaintiff had refused to communicate with his counsel and thus the motion to withdraw counsel was warranted. (Id.) Additionally, the Magistrate Judge recommended that this case be dismissed without prejudice for Plaintiff's failure to prosecute given that he was warned about the hearing and failed to appear. (Id.)

Objections to the Report were due within 14 days after being served with a copy. The Report was served on Plaintiff's address of record via certified mail, return receipt requested. (Dkt. # 31.) The Report was returned to the Clerk's Office unclaimed, thus indicating Plaintiff's continued failure to prosecute his case. (Dkt. 32.)

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that

the case should be dismissed without prejudice because Plaintiff has failed to prosecute is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 30) as the opinion of the Court and **DISMISSES** the case **WITHOUT PREJUDICE**. Defendant's pending Motion for Summary Judgment is therefore **DENIED AS MOOT**. The Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, September 17, 2025.

_____
David Alan Ezra
Senior United States District Judge